

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00387-CV

Elizabeth Ames **JONES**,
Appellant

v.

Jeff **WENTWORTH**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08201
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  December 5, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have entered into a mutual agreement to dismiss the claims filed in the trial court. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM